IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Kevin Lakendrick Adams,      )
           )     C.A. No.: 2:09-1050-RBH
        Plaintiff,    )
           )
    vs.         )     **ORDER**
           )
Captain Charles Barraco, Director;  )
and Cathy Brown, Medical Supervisor,  )
           )
        Defendants   )
           )

      This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

      The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

      The Plaintiff filed no objections to the Report and Recommendation. In fact, the Report was returned to the court marked "undeliverable". In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any

explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the Complaint is dismissed for lack of prosecution and failure to comply with the court's order to keep the court advised of his current mailing address.

**IT IS SO ORDERED.**


s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
September 25, 2009